David R. Yohannan, Esq.
Jacob J. Miles, Esq.
KELLEY DRYE & WARREN LLP
3050 K Street NW
Washington, DC 20007-5108
(202) 342-8616
Attorneys for Plaintiff

FILED
MAR - 2 2007
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| **STAPLES, INC.**<br>Plaintiff,<br>v.<br>**UNITED STATES OF AMERICA,**<br>Defendant. | Case No. 07-139-T |

**STAPLES, INC.
RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Staples, Inc. hereby certifies that no publicly held corporation owns more than ten percent of its stock.

Dated: March 2, 2007

KELLEY DRYE & WARREN LLP

David R. Yohannan, Esq.
Jacob J. Miles, Esq.
KELLEY DRYE & WARREN LLP
3050 K Street NW
Washington, DC 20007-5108
(202) 342-8616

Attorneys for Plaintiff