# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **STAPLES, INC.,**<br>Plaintiff,<br>-v-<br>**UNITED STATES OF AMERICA,**<br>Defendant. | Case No. 07-139 (MCW)<br>Judge Mary Ellen Coster Williams<br>**MOTION TO CHANGE ATTORNEY OF RECORD** |

David Rene Yohannan, a member of the law firm of Kelley Drye & Warren LLP, attorney of record for plaintiff Staples, Inc. in the above-captioned case, respectfully moves this court to remove him as attorney of record and appoint Mr. Paul L. Kattas, also associated with the law firm of Kelley Drye & Warren LLP, as attorney of record.

Forthcoming, all inquiries should be directed to Paul L. Kattas at:

Kelley Drye & Warren LLP
200 Kimball Drive
Parsippany, New Jersey 07054

DATED: April 23, 2007

**Kelley Drye & Warren LLP**

Endorsed by: /s/ *David Rene Yohannan*
David Rene Yohannan Esq.