**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **STAPLES, INC.,**<br>Plaintiff,<br>-v-<br>**UNITED STATES OF AMERICA,**<br>Defendant. | Case No. 07-139 (MCW)<br>Judge Mary Ellen Coster Williams<br>**AFFIDAVIT OF APPOINTMENT** |

**State of New Jersey** :
:
**County of Morris** :

Paul L. Kattas, being duly sworn hereby deposes and states:

1. I am associated with the law firm of Kelley Drye & Warren LLP, counsel for plaintiff Staples, Inc. in the above-captioned matter.

2. I make this affidavit in connection with my application to be named counsel of record for Staples, Inc. in the above-captioned matter.

3. I was admitted to practice in the United States Court of Federal Claims on December 29, 2005.

4. I respectfully request that the my application to be named counsel of record for Staples, Inc. in this matter be granted.

**Kelley Drye & Warren LLP**

By: ______________________

Paul L. Kattas, Esq.
Kelley Drye & Warren LLP
200 Kimball Drive
Parsippany, New Jersey 07054

**Attorneys for Plaintiff Staples, Inc.**

Sworn to before me
This 18th day of April 2007

______________________
Notary Public of the
State of New Jersey

KAREN J. NUGENT
Notary Public
State of New Jersey
My Commission Expires July 30, 2009