# In the United States Court of Federal Claims

**No. 07-139T**
**(Filed: June 1, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**STAPLES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**SCHEDULING ORDER**

---

A preliminary status conference has been scheduled for **July 12, 2007,** at **11:30 A.M.** The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**