# In the United States Court of Federal Claims

**No. 07-139T**
**(Filed: July 12, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**STAPLES, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

The preliminary scheduling conference was held on July 12, 2007. During the conference the Court authorized commencement of discovery in accordance with RCFC 26.

The parties informed the Court that they are attempting to settle the case and requested time to pursue settlement negotiations before the Court enters a scheduling order. The Court granted the request and directed the parties to apprise the Court on their progress by written joint status report by **October 31, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**