**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **STAPLES, INC.,**<br>Plaintiff,<br>-v-<br>**UNITED STATES OF AMERICA,**<br>Defendant. | Case No. 07-139 (MCW)<br>Judge Mary Ellen Coster Williams<br>**MOTION TO CHANGE ATTORNEY OF RECORD** |

Paul L. Kattas, an associate of the law firm of Kelley Drye & Warren LLP, attorney of record for plaintiff Staples, Inc. in the above-captioned case, respectfully moves this court to remove him as attorney of record and appoint Joseph A. Boyle, a member of the law firm of Kelley Drye & Warren LLP, as attorney of record.

Forthcoming, all inquiries should be directed to Joseph A. Boyle at:

Kelley Drye & Warren LLP
200 Kimball Drive
Parsippany, New Jersey 07054

DATED: October 8, 2007

**Kelley Drye & Warren LLP**

Endorsed by: /s/ *Paul L. Kattas*
Paul L. Kattas Esq.