**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **STAPLES, INC.,**<br>Plaintiff,<br>-v-<br>**UNITED STATES OF AMERICA,**<br>Defendant. | Case No. 07-139 (MCW)<br>Judge Mary Ellen Coster Williams<br>**AFFIDAVIT OF APPOINTMENT** |

**STATE OF NEW JERSEY :**
**:**
**COUNTY OF MORRIS :**

Joseph A. Boyle, being duly sworn, hereby deposes and states:

1. I am a member of the law firm of Kelley Drye & Warren LLP, counsel for plaintiff, Staples, Inc., in the above-captioned matter. My contact information is as follows:

Kelley Drye & Warren LLP
Joseph A. Boyle
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900 (office)
(973) 503-5950 (fax)
jboyle@kelleydrye.com

2. I make this affidavit in connection with my application to be named counsel of record for Staples, Inc. in the above-captioned matter.

3. I was admitted to practice in the United States Court of Federal Claims on March 6, 2006.

4. I respectfully request that the my application to be named counsel of record for Staples, Inc. be granted.

Dated: October 8, 2007

**KELLEY DRYE & WARREN LLP**

By: ______________________
Joseph A. Boyle, Esq.
200 Kimball Drive
Parsippany, New Jersey 07054

**Attorneys for Plaintiff Staples, Inc.**

Sworn to before me
This 8 day of October 2007

______________________
Notary Public of the
State of New Jersey

KAREN J. NUGENT
Notary Public
State of New Jersey
My Commission Expires July 30, 2009