# In the United States Court of Federal Claims

**No. 07-139T**
**(Filed October 15, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STAPLES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE ATTORNEY OF RECORD**

---

On October 10, 2007, Plaintiff filed a motion to change its attorney of record. Plaintiff moves the Court to remove Paul L. Kattas as attorney of record and substitute Joseph A. Boyle. Plaintiff's motion is **GRANTED**. Mr. Boyle is attorney of record for Plaintiff.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**