IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-139 T
(Honorable Mary Ellen Coster Williams)

STAPLES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's order, dated November 1, 2007, to inform the Court of their progress toward the potential settlement of this case.

As noted in the parties' previous status report, at the defendant's request, the plaintiff is in the process of providing further documentation to support its claims. Plaintiff, however, wishes such documentation to be the subject of a protective order and, accordingly, filed an unopposed motion with the Court on December 20, 2007 to that effect. After the Court has ruled on plaintiff's motion, and the plaintiff has produced the additional documentation, the parties will be in a position to discuss the proper amount, if any, of refund due to plaintiff in an attempt to reach a settlement in this case.

Therefore, the parties request additional time to pursue the settlement of this case and propose that they file another joint status report in 60 days, on March 3, 2008, to report their progress.

Plaintiff joins in this status report and has authorized defendant to sign on its behalf.

Respectfully submitted,

s/Joseph A. Boyle
Joseph A. Boyle, Esq.
Jacob J. Miles, Esq.
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054

Attorneys for Plaintiff

January 2, 2008

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

January 2, 2008