# In the United States Court of Federal Claims

**No. 07-139T**
**(Filed: January 3, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**STAPLES, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

On January 2, 2008, the parties filed a joint status report informing the Court of their progress toward a potential settlement of this case. The parties wish to continue their efforts towards settlement and propose to file another joint status report in 60 days. The Court grants the parties' request and directs the parties to file a joint status report on or before **March 3, 2008**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**