IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-139 T
(Honorable Mary Ellen Coster Williams)

STAPLES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's order, dated January 3, 2008, to inform the Court of their progress toward the potential settlement of this case.

At defendant's request, plaintiff is in the process of providing further documentation to support its claims in this case. After the plaintiff has provided the additional documentation, the parties will be in a position to discuss the proper amount, if any, of refund due to plaintiff in an attempt to reach a settlement in this case.

Therefore, the parties request additional time to pursue the settlement of this case and propose that they file another joint status report in 60 days, on May 2, 2008, to report their progress.

Plaintiff joins in this status report and has authorized defendant to sign on its behalf.

Respectfully submitted,

s/Joseph A. Boyle
Joseph A. Boyle, Esq.
Jacob J. Miles, Esq.
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054

Attorneys for Plaintiff

March 3, 2008

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

March 3, 2008