# In the United States Court of Federal Claims

**No. 07-139T**
**(Filed: March 3, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**STAPLES, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

On March 3, 2008, the parties filed a joint status report informing the Court of their progress toward a potential settlement of this case. The parties are requesting additional time of 60 days, to and including May 2, 2008, to pursue the settlement of this case. The Court grants the parties' request and directs the parties to file a joint status report on or before **May 2, 2008**, reporting on the progress of their settlement efforts, including a proposal to the Court about whether and how to proceed with this case.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**