IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-139 T
(Honorable Mary Ellen Coster Williams)

STAPLES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's order, dated March 3, 2008, to inform the Court of their progress toward the potential settlement of this case.

Counsel for the parties have begun discussions about the proper amount of refund due to plaintiff in this case, based on the documentation plaintiff has provided to defendant to substantiate its claims. At this time, counsel for the parties believe this case is susceptible to settlement without the need of further judicial intervention. If settlement is reached, the parties anticipate that this case will be voluntarily dismissed, with prejudice.

Accordingly, the parties request additional time to pursue the settlement of this case and propose that they file another joint status report in 60 days, on July 1, 2008, if settlement has not been reached by that time.

Plaintiff joins in this status report and has authorized defendant to sign on its behalf.

Respectfully submitted,

s/Joseph A. Boyle
Joseph A. Boyle, Esq.
Jacob J. Miles, Esq.
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054

Attorneys for Plaintiff

May 2, 2008

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

May 2, 2008