IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-139 T
(Honorable Mary Ellen Coster Williams)

STAPLES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties have reached a basis for the settlement of this case. The Internal Revenue Service has processed overpayments of excise tax according to the settlement agreement, and the defendant is preparing to mail the resulting refund checks to the plaintiff. After plaintiff has had an opportunity to review the amounts of the refund checks, the parties will file a motion for voluntary dismissal with prejudice, pursuant to Rule 41(a).

Plaintiff joins in this status report and has authorized defendant to sign on its behalf.

Respectfully submitted,

s/Joseph A. Boyle
Joseph A. Boyle, Esq.
Jacob J. Miles, Esq.
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054

Attorneys for Plaintiff

July 1, 2008

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

July 1, 2008